UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STACEY MERCER,

                       Plaintiff,                          19-CV-9802 (LTS) (KHP)

         -against-                                  **ORDER**

OMKARA, INC.,

                       Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      For the telephonic conference currently scheduled for April 8, 2020, the parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

      **SO ORDERED.**

DATED:     New York, New York
              March 16, 2020

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20